Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Noah J. Larsh (SBN 348541)
Noah@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
Dan@ShayLegal.com
**SHAY LEGAL, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONYA MEEKS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOLL BROTHERS, INC.,<br><br>Defendant. | Case No: 3:26-cv-03364-CAB-MMP<br><br>**JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tonya Meeks ("Plaintiff"), in her individual capacity, and Defendant Toll Brothers, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, as follows:

1. The Parties have reached a settlement of this action and have executed a formal written settlement agreement that resolves Plaintiff's individual claims against Defendant without any admission of liability, wrongdoing, or the validity of any claim by Defendant. The settlement resolves Plaintiff's individual claims claims only; it does not settle, compromise, or release the claims of any absent putative class member, and Plaintiff does not purport to act in a representative capacity in entering into it or in executing this Stipulation. All conditions precedent to the filing of this Stipulation have been satisfied.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the above-captioned action in its entirety, as follows: (a) Plaintiff's individual claims against Defendant are dismissed WITH prejudice; and (b) the class claims and allegations are dismissed WITHOUT prejudice to the rights of any absent putative class member.

3. No class has been certified in this action, no class has been proposed to be certified for purposes of settlement, and no notice of the pendency of this action has been disseminated to any putative class member. Court approval of the dismissal is therefore not required. By its terms, Rule 23(e) governs only the claims, issues, or

defenses of a certified class, or a class proposed to be certified for purposes of settlement. Fed. R. Civ. P. 23(e).

4. In any event, the contemplated dismissal presents no risk of prejudice to absent putative class members. The settlement resolves only Plaintiff's individual claims; no absent putative class member has received notice of, or relied upon, the pendency of this action; and because the putative class claims are dismissed without prejudice, the settlement does not preclude absent putative class members from pursuing any claims they may have.

5. Each Party shall bear its own attorneys' fees and costs incurred in this action, except as otherwise provided in the Parties' settlement agreement.

6. A stipulation of dismissal signed by all parties who have appeared in the action is self-executing under Rule 41(a)(1)(A)(ii) and requires no order of the Court. Because this Stipulation disposes of the action in its entirety, the Parties respectfully request that the Court vacate all remaining hearings, conferences, and pretrial and trial deadlines, and direct the Clerk of the Court to close the file.

Counsel for Plaintiff has obtained the authorization of counsel for Defendant to affix counsel's electronic signature to this Stipulation.

In the interest of preserving the resources of the Court and the Parties, the Parties further respectfully request that the Court vacate all currently scheduled hearings, conferences, and pretrial and trial deadlines pending the filing of the dismissal papers.

Should the settlement not be finalized for any reason, the Parties will promptly notify the Court and request that appropriate dates be reset.

Respectfully submitted,

Date: July 29, 2026

**SWIGART LAW GROUP, APC**
By: *s/ Joshua Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

Date: July 29, 2026

**SHAY LEGAL, APC**
By: *s/ Daniel Shay*
Daniel G. Shay, Esq.
Dan@ShayLegal.com

*Attorneys for Plaintiff and the Putative Class*

Date: July 29, 2026

**TOLL BROTHERS, INC.**
By: *s/ Ben Gold*
Ben Gold, Esq.
bgold@tollbrothers.com

*Attorney for Defendant Toll Brothers, Inc.*